FILED



10:12 am, 12/11/25

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

Rhonda Coplen

           Plaintiff,

vs.

Sage Psychiatry Services LLC et al

           Defendants.

Case Number: 2:25-CV-00221-ABJ

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ Initial Pretrial Conference (Civil)

Date: 12/11/2025    Time: 9:34am - 10:11am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Lainee Jones |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Sean Olson, Allison Pritchard

Attorney(s) for Defendant(s)   Andrew Carafelli
                               Scott Ortiz

Other:

Hearing held by Zoom video conference

Plaintiff Expert Witness Designation Deadline:   6/26/26

Defendant Expert Witness Designation Deadline:  7/31/26

Discovery Due:   10/30/26

Other Fact Witness Deadline:

Stipulation Deadline:   11/20/26

Dispositive Motions Deadline   12/4/26

Dispositive Motions Hearing   1/21/27 at 9:30 AM

    ☒ Including Daubert Challenges

Dispositive Motions Response Deadline   1/8/27

MINUTE SHEET STATUS CONFERENCE
2:25-CV-00221-ABJ

Reply Deadline

| | |
|---|---|
| Final Pretrial Conference Set: | 2/26/27 at 9:30 AM |
| Jury Trial Set: | 3/29/27 at 1:30 PM (7 - 10 days) |
| Status Conference Set: | 10/16/26 at 9:30 AM (by Zoom) |

Other:

Order to follow.