Sean T. Olson, #6-4127
Allison R. Pritchard, # 8-6950
Olson Personal Injury Lawyers
1536 Cole Blvd., Suite 170
Golden, CO 80401
Phone: 800-800-9889
Email: sean@olsonlawfirm.com
allison@olsonlawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **RHONDA COPLEN**, as the Wrongful Death Representative of **TRANYELLE HARSHMAN, BRAILEY BLACKMER, OLIVIA BLACKMER, BROOKE HARSHMAN, and JORDAN HARSHMAN,** Deceased, | Civil Action No.: 2:25-CV-00221-ABJ |
| Plaintiff, | |
| vs. | |
| **SAGE PSYCHIATRY SERVICES LLC,** a Wyoming Corporation**; KRISTA BLOUGH, APRN,** individually and in her Capacity as a Psychiatric Nurse Practitioner; **COMPOUNDING SPECIALISTS LLC**, a Wyoming Corporation, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING ON DISPOSITIVE MOTIONS**

COMES NOW, Plaintiff Rhonda Coplen, by and through the undersigned counsel, and submits her Unopposed Motion to Continue the hearing on dispositive motions as follows:

1. Undersigned counsel conferred with counsel for Defendants about the relief sought in this motion. This motion is unopposed. Counsel for all Defendants do not object.

2. This medical malpractice and wrongful death action arises from the deaths of Tranyelle Harshman, Brailey Blackmer, Olivia Blackmer, Brooke Harshman, and Jordan Harshman.

3. The Court originally set a hearing on dispositive motions in its Initial Pretrial Order filed December 16, 2025.

4. Under that scheduling, the dispositive motions hearing is currently set for October 16, 2026, at 9:30 a.m.

5. The current discovery cut-off deadline is October 30, 2026.

6. The Court previously granted an extension of the deadlines by which the parties are to disclose their expert witnesses. Under the current deadlines, Plaintiff's expert disclosures are due October 26, 2026, and Defendants' expert disclosures are due November 27, 2026.

7. As a result of that extension, Defendants' expert disclosures are now due after the current discovery cut-off deadline, and Plaintiff's expert disclosures fall only days before the discovery cut-off.

8. The parties have not yet been able to depose experts, witnesses, or other individuals, and will require additional time to complete those depositions once expert disclosures are exchanged. On October 8, 2026, Plaintiff filed an Unopposed Motion to Extend the Discovery Deadline so that the parties may complete those depositions after expert disclosures are served.

9. Because the discovery deadline will be extended and discovery remains ongoing, the dispositive motions hearing currently set for October 16, 2026, should be vacated and reset to a date after the close of the extended discovery period.

10. This continuance is not sought for purposes of delay, and no party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff respectfully requests that this Court vacate the dispositive motions hearing currently set for October 16, 2026, at 9:30 a.m., and reset that hearing to a date after the close of the extended discovery period.

Dated: October 13, 2026.

Respectfully submitted,

/s/ Sean Olson

Sean T. Olson, #6-4127
Allison R. Pritchard, #8-6950
Olson Personal Injury Lawyers
1536 Cole Blvd., Suite 170
Golden, CO 80401
Phone: 800-800-9889
Email: sean@olsonlawfirm.com
allison@olsonlawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system and/or by email to the following parties of record:

Andrew J. Carafelli, #7-5241
Dino G. Moncecchi, #7-5018
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, CO 80112
Phone: 720-875-9140
Fax: 720-875-9141
Email: acarafelli@hkjp.com
dmoncecchi@hkjp.com

*Attorneys for Defendants Sage Psychiatry Services LLC and Krista Blough, APRN*

Scott E. Ortiz, #5-2550
Erica R. Day, #7-5261
Williams, Porter, Day & Neville, P.C.
P.O. Box 10700
Casper, WY 82602
Phone: 307-265-0700
Fax: 307-266-2306
Email: sortiz@wpdn.net
eday@wpdn.net

*Attorney for Defendant Compounding Specialists LLC*

*/s/ Emily Snyder*
Olson Personal Injury Lawyers