Sean T. Olson, #6-4127
Allison R. Pritchard, #8-6950
Olson Personal Injury Lawyers
1536 Cole Blvd., Suite 170
Golden, CO 80401
Phone: 800-800-9889
Email: sean@olsonlawfirm.com
allison@olsonlawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **RHONDA COPLEN**, as the Wrongful Death Representative of **TRANYELLE HARSHMAN, BRAILEY BLACKMER, OLIVIA BLACKMER, BROOKE HARSHMAN, and JORDAN HARSHMAN, Deceased,**<br><br>Plaintiff,<br><br>vs.<br><br>**SAGE PSYCHIATRY SERVICES LLC,** a Wyoming Corporation; **KRISTA BLOUGH, APRN,** individually and in her Capacity as a Psychiatric Nurse Practitioner; **COMPOUNDING SPECIALISTS LLC**, a Wyoming Corporation,<br><br>Defendants. | Civil Action No.: 2:25-CV-00221-ABJ |

# JOINT MOTION TO AMEND SCHEDULING ORDER AND TO SET A SCHEDULING CONFERENCE

COME NOW the parties, Plaintiff Rhonda Coplen and Defendants Sage Psychiatry Services LLC, Krista Blough, APRN, and Compounding Specialists LLC, by and through their respective counsel of record, and jointly submit this Joint Motion to Amend the Scheduling Order and to Set a Scheduling Conference, and in support state as follows:

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiff and counsel for all Defendants have conferred regarding the relief

sought in this motion. This motion is submitted jointly, and all parties agree to and request the relief set forth below.

1. This medical malpractice and wrongful death action arises from the deaths of Tranyelle Harshman, Brailey Blackmer, Olivia Blackmer, Brooke Harshman, and Jordan Harshman.

2. The Court entered its Initial Pretrial Order on December 16, 2025, which established the pretrial and case management deadlines in this matter.

3. The Court subsequently granted an extension of the deadlines by which the parties are to disclose their expert witnesses. Under the current deadlines, Plaintiff's expert disclosures are due October 26, 2026, and Defendants' expert disclosures are due November 27, 2026. The current discovery cut-off deadline is October 30, 2026.

4. As a result of the extension of the expert disclosure deadlines, Defendants' expert disclosures are now due after the current discovery cut-off deadline, and Plaintiff's expert disclosures fall only days before the discovery cut-off.

5. The parties have been working diligently conducting discovery. However, the parties have not yet been able to depose many witnesses and experts in this case, and will require additional time to complete those depositions once expert disclosures are exchanged.

6. Accordingly, the parties jointly propose the following amended discovery deadlines:

Plaintiff's Expert Witness Disclosures: October 26, 2026 (unchanged);

Defendants' Expert Witness Disclosures: December 27, 2026;

Discovery Cut-Off: March 31, 2027.

7. The proposed discovery cut-off of March 31, 2027, extends fact and expert

discovery beyond the current pretrial schedule, including the current trial setting of March 10, 2027. The requested amendment to the discovery deadlines will therefore necessarily require the Court to set a new trial date and to adjust the remaining pretrial deadlines, including the deadlines for dispositive motions and other motions, accordingly.

8. The parties therefore respectfully request that the Court set a scheduling conference, at the Court's earliest convenience, so that the parties and the Court may address a new trial date and amend the remaining motions and pretrial deadlines consistent with the amended discovery schedule proposed above.

9. Litigation deadlines can be changed so long as the request is timely and supported by good cause. *See* F.R.C.P. 6(b), 16(b).

10. This joint request is supported by good cause. Without the requested amendment, the parties will not have an adequate opportunity to depose experts and witnesses after expert disclosures are served. This motion is not sought for purposes of delay, and no party will be prejudiced by the granting of the relief requested.

WHEREFORE, having shown good cause, the parties respectfully request that this Court (1) amend the Scheduling Order to adopt the amended discovery deadlines set forth above; and (2) set a scheduling conference to establish a new trial date and to amend the remaining motions and pretrial deadlines accordingly.

Dated: October 19, 2026.

Respectfully submitted,

/s/ *Allison R. Pritchard*

Sean T. Olson, #6-4127
Allison R. Pritchard, #8-6950
Olson Personal Injury Lawyers
1536 Cole Blvd., Suite 170
Golden, CO 80401

Phone: 800-800-9889
Email: sean@olsonlawfirm.com
allison@olsonlawfirm.com

*Attorneys for Plaintiff*

/s/ *Andrew J. Carafelli*
Andrew J. Carafelli, #7-5241
Dino G. Moncecchi, #7-5018
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, CO 80112
Phone: 720-875-9140
Fax: 720-875-9141
Email: acarafelli@hkjp.com
dmoncecchi@hkjp.com

*Attorneys for Defendants Sage Psychiatry Services LLC and Krista Blough, APRN*

/s/ *Scott E. Ortiz*
Scott E. Ortiz, #5-2550
Erica R. Day, #7-5261
Williams, Porter, Day & Neville, P.C.
P.O. Box 10700
Casper, WY 82602
Phone: 307-265-0700
Fax: 307-266-2306
Email: sortiz@wpdn.net
eday@wpdn.net

*Attorney for Defendant Compounding Specialists LLC*